

# Missouri Court of Appeals
## Southern District

**JULY 23, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32686

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             JENNIFER TOWNSEND, a/k/a
             JENNIFER TOWNSEND-TRAINER,
             Defendant-Appellant.